AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| SMART PROP TRADER LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-CV-00025-SWS |
| RADICAL COMPANY LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF SMART PROP TRADER LLC.

Date:    02/08/2024

*Attorney's signature*

KYLE L. FLYNN
*Printed name and bar number*
GREENBERG TRAURIG LLP
77 WEST WACKER DRIVE, SUITE 3100
CHICAGO, ILLINOIS 60601

*Address*

FLYNNK@GTLAW.COM
*E-mail address*

(312) 476-5126
*Telephone number*

(312) 456-8435
*FAX number*